# VOLUNTEER LAWYERS PROJECT

BROOKLYN BAR ASSOCIATION

44 Court Street, Suite 1206
Brooklyn, NY 11201

April 6, 2020

Hon. Judge Carla E. Craig
U.S. Bankruptcy Court, Eastern District of New York
271-C Cadman Plaza, #1595
Brooklyn, NY 11201

Re:   In re: Marie Huguette Jean Baptiste
      Index No.: 19-47397-cec
      Property Address: 9024 Avenue L, Brooklyn, New York 11236

Dear Judge Craig:

I am writing this letter in anticipation of the instant debtor's Confirmation Hearing set for April 9, 2020 at 10:00 a.m.

I have maintained constant contact with Trustee Macco's Office during these difficult times. The trustee maintains that the Debtor has outstanding documents including operating reports and an Affidavit explaining the Debtor's business assets and accounts receivables.

The Debtor attempted to obtain and submit additional documentation during these difficult times; however, the Debtor had a family tragedy last night. The Debtor took a close family member to the doctor last weekend because of his/her health issues. The doctor admitted the Debtor's family member into the hospital the same day. After continuing to suffer from health issues for a week, the Debtor's family member passed away on April 5, 2020. The Debtor was unable to obtain additional documentation for submission during this period.

Therefore, the Debtor asks that the Court grant the Debtor an adjournment at the Confirmation Hearing on April 9, 2020. She understands that other debtors may be experiencing their own difficulties at this time, but due to the abrupt and acute nature of the Debtor's situation, the Debtor requests an adjournment.

The Debtor informed Debtor's counsel early this morning as to the entirety of the situation. Debtor's Counsel expected to submit documentation before the expiration of the seventy-two hour advance notice period.

Respectfully,

*Peter White*

Peter White, Esq.
Foreclosure Prevention Staff Attorney
Brooklyn Bar Association Volunteer Lawyers Project
P: 718-624-2201
F: 718-624-3926
pwhite@brooklynvlp.org

Board of Directors
James P. Slattery, President
Lawrence F. DiGiovanna
Abrams Fensterman
Vice President
Gregory Messer
Treasurer
John E. Judell
Schwartz Sladkus
Reich Greenberg Atlas, LLP
Secretary
Rachel S. Blumenfeld
Caroline Conway
Sumitomo Mitsui Banking Corporation
Jeffrey B. Gewirtz
Brooklyn Sports & Entertainment
Paul A. Golinski
Cullen and Dykman LLP
Colin S. Kelly
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Jonas Mohapatra
.com
Juri G. Letica
Kathleen M. McCormack
Cullen and Dykman LLP
Domenick Napoletano
Martin S. Needelman
Brooklyn Legal Services Corporation A
Stephen Z. Williamson
Law Office of Stephen Z. Williamson, P.L.L.C.
Steven Zelkowitz

Advisory Board
Frank V. Carone
Abrams Fensterman
Steven M. Cohen
MacAndrews & Forbes
Deborah H. Renner
BakerHostetler
Hon. Betty E. Staton
Brooklyn Legal Services
Stephen P. Younger
Patterson Belknap Webb and Tyler LLP

Staff
Heidi Lee Henderson
Executive Director
Sidney Cherubin
Director of Legal Services
Melissa A. Starr
Director of Development
Peter White
Staff Attorney
Jennifer Cook
Staff Attorney, Consumer Law
Sarah Filcher
Staff Attorney
Jeanne Reece
Staff Attorney, Family Law
Lana Wooden
Legal Assistant