

1775 Wehrle Drive, Suite 100
Williamsville, New York 14221
Phone (716)204-1700
Fax (716)204-1702
http://www.GrossPolowy.com/

July 2, 2020

Chambers, Hon. Carla E. Craig
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East
Brooklyn, NY 11201

Re:         Marie Huguette Jean Baptiste
Case No.    19-47397-cec
Loan No.    ...7464

Dear Hon. Carla E. Craig,

Please allow this letter to serve as a written status report, submitted on behalf of Wells Fargo Bank NA (the "Secured Creditor") pursuant to the Eastern District of New York Loss Mitigation Program Procedures.

The secured creditor reviewed the financials submitted by debtor and determined they are unable to reach an affordable payment within the modification requirements. A denial letter was sent out June 16, 2020 and a detailed denial was filed July 2, 2020.

Subsequently, Debtor's Attorney advised his client may want to pursue a short sale. Currently there is no offer for review but Debtor has a meeting with a prospective buyer this coming weekend pursuant to communication received from Debtor's Attorney. Therefore, this firm consents to a brief adjournment.

If there are any questions, please feel free to contact me directly at 716-204-1700

Very truly yours,


By:    /S/: Marie Nicholson, Esq.
              Attorney


cc.    ECF and Email
       Peter S White, Esq.